George F. Victor, Carl Victor, Thomas Achielis and·John Achielis, Appellants, v. Henry Benedict and Samuel Marx, appellees.

### In Banc.

Appeal from Circuit Court, Orange county; Minor S. Jones, Judge.

L. G. Starbuck for appellants.

Massey & Warlow for appellees.

The bill in this cause was brought by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The decree is affirmed.

Decision *Per Curiam.*

---

Henry Williams and Lula Williams, Appellants, v. R. L. Thompson, Appellee.

### In Banc.

Craig Phillips for appellants.

No appearance for appellee.

'The bill in this cause was brought by the appellee against the appellants. There was decree for the complainant, and the defendants appealed. The decree is affirmed.

Decision *Per Curiam.*